IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**THOMAS RAY DARYL WILSON**                                                                                    **PLAINTIFF**

**V.**                              **CASE NO. 3:21-CV-3069**

**CORPORAL ALEXANDRIA PARKISON,**
Boone County Detention Center (BCDC);
**CORPORAL JAMES KELLEY, BCDC;**
**SERGEANT SHAWN HARP, BCDC;** and
**JAILER WATHA HONEYMAN, BCDC**                                                              **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 100) filed in this case on November 2, 2022, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, **IT IS ORDERED** that Defendants' Motion for Summary Judgment (Doc. 45) is **GRANTED**, and all federal law claims are **DISMISSED WITH PREJUDICE**. To the extent Plaintiff asserts any state law claims, the Court declines to exercise supplemental jurisdiction over them pursuant to 28 U.S.C. § 1367(c)(3). Judgment shall enter accordingly.

**IT IS SO ORDERED** on this 5th day of December, 2022.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE