**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION**

**THOMAS RAY DARYL WILSON**                                               **PLAINTIFF**

**V.**                              **CASE NO. 3:21-CV-3069**

**CORPORAL ALEXANDRIA PARKISON,**
**Boone County Detention Center (BCDC);**
**CORPORAL JAMES KELLEY, BCDC;**
**SERGEANT SHAWN HARP, BCDC; and**
**JAILER WATHA HONEYMAN, BCDC**                              **DEFENDANTS**

## JUDGMENT

For the reasons stated in the Order filed this day, **IT IS HEREBY ORDERED AND ADJUDGED** that all federal claims are **DISMISSED WITH PREJUDICE** on summary judgment, and the Court declines to exercise supplemental jurisdiction over any state law claims, to the extent any are asserted.

**IT IS SO ORDERED AND ADJUDGED** on this 5th day of December, 2022.


*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE